

Eastern District of Kentucky
FILED
MAY 03 2007
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at LONDON

| | |
|---|---|
| John J. Dubois,<br><br>    Plaintiff<br><br>vs.<br><br>Dell Financial Services, *et al.*,<br><br>    Defendants. | Case No. 6:06cv-90<br>Judge Karen K. Caldwell |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**UPON THE AGREEMENT** of the Plaintiff and Dell Financial Services, L.P. and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that all claims between them be and hereby are dismissed, with prejudice, each party to bear his or its own costs.

**IT IS SO ORDERED** this ___3___ day of __May__, 2007.

_____
U.S. DISTRICT JUDGE, KAREN K. CALDWELL

**HAVE SEEN AND AGREED:**

*/s/Steven C. Shane*
Steven C. Shane (0041124)
Trial Attorney for Plaintiff
321 Fairfield Ave.
P.O. Box 73067
Bellevue, Ky. 41073
(859) 431-7800
(859) 431-3100 facsimile
shanelaw@fuse.net

*/s/Jean W. Bird*
Jean W. Bird
Trial Attorney for Defendant
Wyatt, Tarrant & Combs, LLP
500 W. Jefferson Street, Ste. 2800
Louisville, Ky 40202
(502) 562-7316
(502) 589-0309 facsimile
jbird@wyattfirm.com